IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NICHOLAS LEE SPARROW, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-141(WLS) |
| | * |
| DET. GRADY SHIVER, INV. FRANK ROLLINS, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 25, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 25th day of January, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk